UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE J. SHOMO, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, et al., <br><br> Defendants. | 21-CV-00128 (PMH) <br><br> ORDER |

PHILIP M. HALPERN, United States District Judge:

Plaintiff, currently incarcerated at the Fishkill Correctional Facility, proceeding *pro se* and *in forma pauperis*, brings this action under 42 U.S.C. §1983 and the Rehabilitation Act of 1973 alleging that Defendants were deliberately indifferent to his medical condition and denied him certain medical treatment.

Plaintiff has filed a series of letters, in which he raises several new and distinct issues that are irrelevant to the claims in this case. (*See, e.g.*, Docs. 16-18, 24, 27-28, 37, 43-44, 46, 53). The Court need not, and will not, consider any more letters filed by Plaintiff pertaining to issues that do not relate to the claims in this case. To the extent Plaintiff believes he is entitled to relief for injuries unrelated to this case, he may, should he be so advised, address them through the administrative grievance process at his correctional facility.

The Clerk is directed to mail a copy of this Order to Plaintiff at the address provided on the docket.

SO ORDERED.

Dated: White Plains, New York
       October 28, 2021

_____
Philip M. Halpern
United States District Judge